FILED
CLERK, U.S. DISTRICT COURT
AUG 10 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
DESTINEY NA JEE MCCOY,
Defendant.

Case No. 26-MJ-4722

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. §§ 3143(a)(1), 3148(b)]

I.

On August 10, 2026, Defendant Destney Na Jee McCoy made his initial appearance in this district on the petition for warrant to revoke supervised release and warrant for arrest issued in the Southern District of California on March 17, 2026. Deputy Federal Public Defender, Rebecca Abel, was appointed to represent Defendant. The government was represented by Assistant United States Attorney

Chris Bulut. Defendant submitted on the recommendation of detention in the report prepared by U.S. Probation and Pretrial Services.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition: Defendant was arrested on February 18. 2026, of battery with great bodily injury; On November 19, 2025, Defendant made a false report of criminal offense. Defendant has a history of non-compliance while on supervised release, including a prior supervised release revocation in July 2024.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Criminal history includes felony convictions for harboring aliens, elder abuse, assault with a firearm, and has law enforcement contacts that include parole and probation violations; Defendant is on Los Angeles County probation following his conviction for obstruction.

☒ allegations in the petition (see above)

☒ mental health history

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of Texas.

The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled date, and provide this information to DFPD Abel in order to monitor the status of Defendant's transportation to, and arrival in, the charging district for her next appearance.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 10, 2026

/s/

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE